458 A.2d 277

Commonwealth v. Salemo, Jr., Appellant.

Petition for Allowance of Appeal
Denied June 13, 1983.

Submitted November 8, 1982. John H. Corbett, Jr., Public Defender, for appellant;

Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.